## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Leslie J Weiss

                          Plaintiff,

v.                                                            Case No.: 1:10–cv–02609
                                                                          Honorable David H. Coar

Harvey Althotz, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2010:

      MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 7/15/2010 regarding motion to reassign case [31]. Plaintiff's Motion to reassign case [31] is denied for the reasons stated in open court. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.